UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Cessalie M. Britt,
      Plaintiff,

v.

Carolyn W. Colvin,
*Acting Commissioner of Social Security*,
      Defendant.

**JUDGMENT**

No. 5:15-CV-368-BO

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff's motion for judgment on the pleadings [DE 21] is GRANTED and defendant's motion for judgment on the pleadings [DE 23] is DENIED. The decision of the ALJ is REVERSED and this matter is REMANDED to the Commissioner for an award of benefits.

This case is closed.

**This judgment filed and entered on June 7, 2016, and served on:**

Charlotte Hall (via CM/ECF Notice of Electronic Filing)
Cassia W. Parson (via CM/ECF Notice of Electronic Filing)
Leo R. Montenegro (via CM/ECF Notice of Electronic Filing)
Rudy E. Renfer (via CM/ECF Notice of Electronic Filing)

June 7, 2016

JULIE RICHARDS JOHNSTON, CLERK

_____
By: Deputy Clerk